IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01436-WYD-BNB

DAVID VEAL, and
DONNA R. VEAL, individually and as parents and guardians of Dylan Veal, a minor child,

Plaintiffs,

v.

I-FLOW CORPORATION, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Unopposed Motion for Extension of Time to Designate Non-Parties at Fault** [Doc. # 12, filed 9/15/2010] (the "Motion"). I heard argument concerning the Motion at the scheduling conference this morning. It having been established that a longer period is necessary to designate non-parties at fault pursuant to section 13-21-111.5(3), C.R.S.:

IT IS ORDERED that the Motion is GRANTED, and the defendant may have to and including **December 23, 2010**, within which to designate non-parties at fault.

Dated October 5, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge