IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01436-WYD-BNB

DAVID VEAL, and
DONNA R. VEAL, individually and as parents and guardians of DYLAN VEAL, a minor child,

Plaintiffs,

v.

I-FLOW CORPORATION, a Delaware corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Increase the Limit on the Number of Requests for Production of Documents form 30 to 40 per Side** [docket no. 27, filed December 2, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the limit on the number of requests for production of documents shall be increased from 30 to 40 per side.


DATED:  December 3, 2010