IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-01436-WYD-BNB

DAVID D. VEAL; and
DONNA R. VEAL, individually and as parents and guardians of
DYLAN VEAL, a minor child,

     Plaintiffs,

v.

I-FLOW CORPORATION, a Delaware corporation,

     Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiffs' Unopposed Motion for Entry of Order Dismissing Matter Without Prejudice, filed April 6, 2011 [ECF No. 34].  Upon review of the motion and the file herein, I find that the motion should be **GRANTED**.  Therefore, it is hereby

ORDERED that all claims and causes of action asserted in this matter by plaintiffs' David D. Veal, and Donna R. Veal, individually and as parents and guardians of Dylan Veal, a minor child, (collectively, "Plaintiffs"), against defendant I-Flow Corporation ("Defendant" or "I-Flow") are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 11, 2011

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge